IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAHR KOMBA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 23-2085 |
| PROGRESSIVE INSURANCE COMPANY | : | |

ORDER

AND NOW**,** this 2nd day of May, 2024**,** it having been reported that the issues between the plaintiff, Brina Dallo, have been settled with defendant, Progressive Insurance Company, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.

It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter as to plaintiff Brina Dallo only.

**GEORGE WYLESOL,** Clerk of Court


By: /s/ Mia Harvey
    Mia Harvey
    Courtroom Deputy to Judge Mia R. Perez