# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAHR KOMBA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **PROGRESSIVE INSURANCE COMPANY,** | : | |
| Defendant. | : | **NO. 23-2085** |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 25th day of June, 2024, in light of Plaintiff Sahr Komba's failure to comply with this Court's Order dated May 1, 2024 (ECF No. 15), it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order to Plaintiff Sahr Komba via certified mail, return receipt requested in accordance with the Pennsylvania Rules of Civil Procedure. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

Hon. Mia R. Perez